

RECEIVED
JUL 21 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:21-cr-109 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| KYLE TAYLOR TREMBLAY, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2252A(a)(1) |
| | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Production of Child Pornography)

On or about January 12, 2021, in the Southern District of Iowa, the defendant, KYLE TAYLOR TREMBLAY, did knowingly employ and use a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video bearing a file name "Screen_Recording_20210112-134036_Chrome.mp4". Said visual depiction was produced using materials that have been transported in interstate commerce, specifically a Samsung Galaxy S9 cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

Case 4:21-cr-00109-JEG-HCA Document 2 Filed 07/21/21 Page 2 of 6

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Production of Child Pornography)

On or about February 4, 2021, in the Southern District of Iowa, the defendant, KYLE TAYLOR TREMBLAY, did knowingly employ and use a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video bearing a file name "Screen_Recording_20210204-162227_Chrome.mp4". Said visual depiction was produced using materials that have been transported in interstate commerce, specifically a Samsung Galaxy S9 cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Production of Child Pornography)

On or about March 26, 2021, in the Southern District of Iowa, the defendant, KYLE TAYLOR TREMBLAY, did knowingly employ and use a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video bearing a file name "Screen_Recording_20210326-034935_Chrome.mp4". Said visual depiction was produced using materials that have been transported in interstate commerce, specifically a Samsung Galaxy S9 cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

2

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Production of Child Pornography)

On or about April 20, 2021, in the Southern District of Iowa, the defendant, KYLE TAYLOR TREMBLAY, did knowingly employ and use a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video bearing a file name "Screen_Recording_20210420-094955_Samsung Internet.mp4". Said visual depiction was produced using materials that have been transported in interstate commerce, specifically a Samsung Galaxy S9 cellular telephone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Transportation of Child Pornography)

On or about December 30, 2019, in the Southern District of Iowa, the defendant, KYLE TAYLOR TREMBLAY, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely multiple computer files, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, KYLE TAYLOR TREMBLAY, transmitted said files on the Whisper application to another user that had a screenname "hunter_WaitWhat".

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
**(Transportation of Child Pornography)**

On or about January 14, 2020, in the Southern District of Iowa, the defendant, KYLE TAYLOR TREMBLAY, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely multiple computer files, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, KYLE TAYLOR TREMBLAY, transmitted said files on the Whisper application to another user that had a screenname "biboi02".

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
**(Receipt of Child Pornography)**

From on or about April 24, 2018 to on or about April 30, 2021, in the Southern District of Iowa, the defendant, KYLE TAYLOR TREMBLAY, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
### (Possession of Child Pornography)

On or about April 30, 2021, in the Southern District of Iowa, the defendant, KYLE TAYLOR TREMBLAY, knowingly possessed material, namely, a Samsung Galaxy S9 cellular telephone with SD card within, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

If defendant, KYLE TAYLOR TREMBLAY, is convicted of Counts 1, 2, 3, 4, 5, 6, 7, and/or 8, he shall forfeit to the United States his interest in the following property:

  a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other

matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a Samsung Galaxy S9 cellular telephone with SD card within.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: *Adam J. Kerndt*
Adam J. Kerndt
Assistant United States Attorney